ALEXANDER B. CVITAN (SBN 81746)
E-mail: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720)
E-mail: marshah@rac-law.com;
PETER A. HUTCHINSON (SBN 225399), and
E-mail: peterh@rac-law.com,
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON MAINTENANCE & JANITORIAL SERVICE, INC. etc., et al.<br><br>Defendants. | CASE NO: CV 11-01427 GHK (GJSx)<br><br>RENEWAL OF JUDGMENT BY CLERK |

On September 1, 2011, judgment was entered in this action ("Judgment") in favor of the plaintiff, Construction Laborers Trust Funds for Southern California Administrative Company ("JUDGMENT CREDITOR") and against defendants Johnson Maintenance & Janitorial Service, Inc. ("JOHNSON MAINTENANCE"), Donell D. Johnson ("JOHNSON") and Tricia Smalls ("SMALLS"). [Court Document 33 (Judgment).] As indicated in the Judgment, it has two monetary components. First, $114,290.35 was awarded against JOHNSON

357062.2                                     1

MAINTENANCE.  Second, further judgment in the amount of $23,809.61 was awarded jointly and severally against JOHNSON MAINTENANCE, JOHNSON and SMALLS.

[Notices of Judgment Lien]  Notices of judgment lien as to the Judgment have been filed with the California Secretary of State as follows:

| Date: | Instrument No.: | Judgment Debtor |
|---|---|---|
| October 24, 2011 | 11-7288914394 | JOHNSON MAINTENANCE |
| October 24, 2011 | 11-7288914273 | JOHNSON and SMALLS |
| May 16, 2016 | 1675257421 | JOHNSON MAINTENANCE |
| May 16, 2016 | 1675257415 | JOHNSON and SMALLS |

[Abstracts of Judgment]  Abstracts of judgment as to the Judgment have been recorded as follows:

| Date | County | Instrument No. | Judgment Debtor |
|---|---|---|---|
| November 14, 2011 | San Diego | 2011-0607402 | JOHNSON and SMALLS |
| December 12, 2011 | San Diego | 2011-0665787 | JOHNSON MAINTENANCE |
| August 26, 2016 | San Diego | 2016-0443699 | JOHNSON MAINTENANCE, JOHNSON and SMALLS |
| September 13, 2016 | Los Angeles | 20161101480 | JOHNSON MAINTENANCE, JOHNSON and SMALLS |

**NOW, upon application of the JUDGMENT CREDITOR:**

The $114,290.35 Judgment against JOHNSON MAINTENANCE is renewed as follows:

    a.  Total Judgment………………………………….. $ 114,290.35

    b.  Costs after Judgment……………………………. $      0.00

| | | |
|---|---|---|
| c. | Less Credits after Judgment | - $ 12,047.27 |
| d. | Interest after Judgment computed from September 1, 2011 to March 22, 2019 at 0.10% (accruing at $0.28 per day) | $ 849.28 |
| e. | Total Renewed Judgment | $ 103,092.36 |

The $23,809.61 Judgment against JOHNSON MAINTENANCE, JOHNSON and SMALLS is renewed as follows:

| | | |
|---|---|---|
| a. | Total Judgment as entered | $ 23,809.61 |
| b. | Costs after Judgment | $ 0.00 |
| c. | Less Credits after Judgment | - $ 12,047.27 |
| d. | Interest after Judgment computed from September 1, 2011 to March 22, 2019 at 0.10% (accruing at $0.03 per day) | $ 162.98 |
| e. | Total Renewed Joint and Several Judgment | $ 11,925.32 |

DATED: APRIL 23, 2019         By: *Sharon Hall Brown*
                                  DEPUTY CLERK

KIRY K GRAY, CLERK OF COURT

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

On **March 28**, 2019, I served the foregoing document described as **[PROPOSED] RENEWAL OF JUDGMENT BY CLERK** on the interested parties in this action by first class United States mail and by placing

☐ the original   ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

Johnson Maintenance & Janitorial Service, Inc.
3356 Hancock Park #C
San Diego, CA 92110

Donell D. Johnson
xxx xxxx
North Las Vegas, NV xxxxx

Tricia Smalls
xxx xxxx
El Cajon, CA xxxxx

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) I transmitted said document(s) at ___:___ a.m./p.m. to fax telephone number, executed on _____, at Los Angeles, California.

Executed on **March 28**, 2019, at Los Angeles, California.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Mary Helen Lopez*
Mary Helen Lopez

357062.2

1